# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| DARIN W. HOFFMAN, | : No. 502 WAL 2014 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| SUPERINTENDENT GERALD R. ROZUM, STATE CORRECTIONAL INSTITUTE AT SOMERSET, PENNSYLVANIA, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.